AW (Rev. EDNY 1998) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

CHRISTOPHER WOLF, et al.,

Defendant(s).

## WARRANT FOR ARREST

CASE NUMBER: 99 CR 139 (S-1) (NG)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL CORULLA
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense)

CONSPIRACY TO COMMIT SECURITIES FRAUD, SECURITIES FRAUD, AND CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title 15 United States Code, Section(s) 78j(b) and 78ff
in violation of Title 18 United States Code, Section(s) 371, 1956 and 2

STEVEN M. GOLD
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

JUNE 15, 1999
Date and Location

Bail fixed at $ ________ By ________

## RETURN

This warrant was received and executed with the arrest of the above name defendant at
Metropolitan Detention Center, Brooklyn, NY

| DATE RECEIVED 8/5/06 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 8/5/06 | Stephen Parker | [signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Michael Carulla

ALIAS: Unknown

LAST KNOWN RESIDENCE: 19 White Street, Staten Island, NY (1999)

LAST KNOWN EMPLOYMENT: Euroatlantic Securities (1996)

PLACE OF BIRTH: New York

DATE OF BIRTH: 5/11/1973

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5-8 WEIGHT: 165

SEX: M RACE: Cauc

HAIR: Bn EYES: Bn.

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: N/A

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Internal Revenue Service - Criminal Investigation
107 Charles Lindberg Blvd.
Garden City, NY 11530