**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*156 Pierrepont Street*
*Brooklyn, New York 11201*

gershon.let

November 3, 2006

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Michael Corulla
<u>Cr. 99 CR 139 (S-3)(NG)</u>

Dear Judge Gershon:

The government respectfully submits this letter to provide information regarding the pleadings and sentencings of Michael Corulla's co-defendants in the above-captioned case, as the Court had requested.

1) Christopher Wolf: Pleaded to 15 U.S.C. 78j(b) and 78ff (securities fraud), and 18 U.S.C. 1956(h) (money laundering conspiracy). Amended Judgment dated 05/21/01, defendant was sentenced to 130 months of imprisonment.

2) Martin Dreiss: Pleaded to 15 U.S.C. 78j(b) and 78ff (securities fraud). Judgment dated 9/29/00, the defendant was sentenced to 33 months of imprisonment.

3) Chance Miglino: Pleaded to 15 U.S.C. 78j(b) and 78ff (securities fraud). Judgment dated 7/24/00, the defendant was sentenced to 21 months of imprisonment.

4) Adam Emmino: Pleaded to 15 U.S.C. 78j(b) and 78ff (securities fraud). Judgment dated 9/19/00, the defendant was sentenced to 24 months of imprisonment.

5) Robert Hines: ECF entry dated 2/14/04, the defendant was placed on the Fugitive List

6) Mary Baum: Pleaded to 15 U.S.C. 78j(b) and 78ff (securities fraud). Judgment dated 7/19/01, the defendant was sentenced to one year and one day.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: Elaine Banar
Elaine Banar
Assistant U.S. Attorney
718-254-6232

cc: Michael Gold, Esq.
Attorney for the defendant Michael Corulla